IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

NATHAN LEE GARROW,

      Appellant,

v.                                                                    Case No.  5D17-242

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed December 8, 2017

Appeal from the Circuit Court
for Volusia County,
Raul A. Zambrano, Judge.

James S. Purdy, Public Defender, and
David M. Dixon, Assistant Public Defender,
Daytona Beach, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Robin A. Compton,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

      Nathan Garrow (the defendant) appeals his judgment and sentences entered by

the trial court after a jury found him guilty of operating a chop shop, conspiracy to commit

dealing in stolen property, and four counts of dealing in stolen property. Finding no merit

in the claims of error raised on appeal, we affirm. However, a scrivener's error appears

on the last page of the defendant's sentencing documents where the following paragraph appears:

> In imposing the above sentence, the court further recommends: CT 1 & 3 YEARS DOC F/B 2 YEARS COMMUNITY CONTROL- CTS 2,7,8,13 3 YEARS DOC F/B 2 YEARS COMMUNITY CONTROL FOLLOWED BY 5 YEARS OF PROBATION.

The paragraph should read: "**CTS 1 & 4 3 YEARS**. . . ." Accordingly, we remand for correction of the defendant's sentencing documents.

AFFIRMED; REMANDED TO CORRECT SCRIVENER'S ERROR.

SAWAYA, PALMER and TORPY, JJ., concur.